## Savage *v.* Episcopal Hospital et al., Appellants.

■ Argued September 12, 1972. *Turrey A. Kepler*, with him *John F. Naulty*, for appellant; *Robert R. Reeder*, with him *White and Williams*, for appellee.

Order affirmed.